RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

OSCAR RAMOS,

Plaintiff,

v.

LITTLE MAYA, INC., ET AL.,

Defendants.

Case No.: 2:25-cv-03307-DJC-AC

**ORDER OF DISMISSAL**

Having considered the signatory parties' Stipulation of Dismissal with Prejudice as to all defendants and all causes of action, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. Little Maya, Inc., et al., Case No. 25-3307 DJC-AC, in the Eastern District of California, is dismissed with prejudice with respect to all defendants and all causes of action, with each party to bear his/her/its own attorney's fees and costs.

Dated: August 28, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE